

Attorneys and Counselors

9229 Ward Parkway, Suite 370
Kansas City, Missouri 64114

TEL 816.523.4667 Ext 121
FAX 816.523.5667
WEB fisherpatterson.com

A Limited Liability Partnership

February 3, 2017

Joseph LaCome
3025 E. Hawkins Street
Springfield, MO 65804
(Via e-mail: LaComeLaw@gmail.com)

    RE:   *Tina Cox v. Lafayette County, et al.*
           U.S. District Court, Western District of Missouri, Kansas City
           Case No.: 4:16-CV-00798-BCW
           FPS&S File No.: 582.30139

Dear Mr. LaCome:

    You recently sent over a $15,000 settlement demand in this case. After talking with the insurance company, I am authorized to offer you and your client $8,000 in exchange for a global settlement which will resolve all claims and issues by Plaintiff against all Defendants. This figure is inclusive of attorney's fees and costs. It also contemplates your client would execute an appropriate General Release and Stipulation of Dismissal With Prejudice. If you're interested in this offer, please let me know and I will provide draft copies of the necessary documents.

    I look forward to hearing from you at your convenience.

                           Sincerely yours,

                           David S. Baker
DSB/ap                     E-mail: DBaker@FisherPatterson.com

**EXHIBIT B**