# Ann Pihner

| | |
|---|---|
| **From:** | Ann Pihner |
| **Sent:** | March 16, 2017 3:58 PM |
| **To:** | joseph lacome |
| **Cc:** | Ellen Seitter |
| **Subject:** | RE: FW: COX v. LAFAYETTE COUNTY, et al. - Letter to Mr. LaCome; Drafts of General Release, Stipulation of Dismissal and Order of Dismissal |

I will let Mr. Baker know.


Ann Pihner
*Assistant to David S. Baker*
Fisher Patterson Sayler & Smith, LLP
Tel 913.339.6757


**From:** joseph lacome [mailto:lacomelaw@gmail.com]
**Sent:** March 16, 2017 3:43 PM
**To:** Ann Pihner <apihner@fisherpatterson.com>
**Subject:** Re: FW: COX v. LAFAYETTE COUNTY, et al. - Letter to Mr. LaCome; Drafts of General Release, Stipulation of Dismissal and Order of Dismissal

The client changed her mind. We want to proceed with depositions and the rest of discovery. Let me know what times the defendants will be available for depositions.

On Feb 28, 2017 3:21 PM, "Ann Pihner" <apihner@fisherpatterson.com> wrote:

> Attached are "clean" copies of the settlement documents. I've also attached a W-9 form.
>
>
>
> **From:** joseph lacome [mailto:lacomelaw@gmail.com]
> **Sent:** February 28, 2017 1:59 PM
> **To:** Ann Pihner <apihner@fisherpatterson.com>
> **Subject:** Re: COX v. LAFAYETTE COUNTY, et al. - Letter to Mr. LaCome; Drafts of General Release, Stipulation of Dismissal and Order of Dismissal
>
>
> the drafts look fine. So you can send over the copies that I will have Tina get notarized and signed.
>
> On Tue, Feb 28, 2017 at 11:51 AM, Ann Pihner <apihner@fisherpatterson.com> wrote:
>
>> Please see attached.



1

Thank you.



Ann Pihner
*Assistant to David S. Baker*
Fisher Patterson Sayler & Smith, LLP
9393 West 110th Street, Suite 300

Building 51, Corporate Woods

Overland Park, Kansas 66210


Tel  913.339.6757
Fax  913.339.6187

www.fisherpatterson.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and attachments.

NOTICE: Please be aware that e-mail is not a secure method of communication. It may be copied and held by a computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.